UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-20163-CIV-MARTINEZ/MCALILEY

JUAN ANDRES BASABE and all others )
similarly situated under 29 U.S.C. 216(B), )
)
        Plaintiff, )
vs. )
)
COPPER STEEL SERVICES, INC. )
MICHAEL DAVID CHEPENIK )
MELLANY D GRAY, )
)
        Defendants. )
_____ )

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

    **COMES NOW** Plaintiff, by and through undersigned counsel, and hereby lists the following entities and/or persons known by Plaintiff who may have financial interest in the outcome of this action:

    1.    Plaintiff JUAN ANDRES BASABE;

    2.    Defendant COPPER STEEL SERVICES, INC.;

    3.    Defendant MICHAEL DAVID CHEPENIK;

    4.    Defendant MELLANY D. GRAY;

    5.    Plaintiffs' counsel, J.H. ZIDELL, ESQ. and his firm J.H. ZIDELL P.A.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**FBN: 0123870**

**BY:_____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 1/22/14 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**