# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JUAN ANDRES BASABE and all others similarly situated under 29 U.S.C. 216(B),<br><br>Plaintiff,<br>vs.<br><br>COPPER STEEL SERVICES, INC.<br>MICHAEL DAVID CHEPENIK<br>MELLANY D GRAY,<br><br>Defendants. | 14-CV-20163-Martinez/McAliley<br><br><br>SERVED<br>DATE _____<br>TIME _____ |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
MICHAEL DAVID CHEPENIK
1287 SW Briarwood Drive
Port Saint Lucie, FL 34986

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **January 15, 2014**

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Valerie Kemp
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

**ORIGINAL**

This summons for *(name of individual and title, if any)* Michael David Chepenik
was received by me on *(date)* 1/24/14

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Mellany D. Gray, who is designated by law to accept service of process on behalf of *(name of organization)* Michael David Chepenik on *(date)* 1/27/14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 1/27/14

_____
Server's signature

Earl Thomas, Process Serving
Printed name and title

5831 NW Drill CT Port St Lucie, FL 34986
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JUAN ANDRES BASABE and all others similarly situated under 29 U.S.C. 216(B), <br><br> Plaintiff, <br> vs. <br><br> COPPER STEEL SERVICES, INC. <br> MICHAEL DAVID CHEPENIK <br> MELLANY D GRAY, <br><br> Defendants. | 14-CV-20163-Martinez/McAliley <br><br> SERVED <br> DATE 1/22/14 <br> TIME _____ <br> BY _____ CER# _____ |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
MELLANY D GRAY
1287 SW Briarwood Drive
Port Saint Lucie, FL 34986

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                J.H. Zidell, Esq.
                J.H. Zidell P.A.
                300 71ST Street, Suite 605
                Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: **January 15, 2014**

Steven M. Larimore
Clerk of Court

s/Valerie Kemp
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Mellany D. Gray__

was received by me on *(date)* __1/24/14__.

☒ I personally served the summons on the individual at *(place)* __1287 SW Briarwood Dr.__
__Port St. Lucie, Fl 34984__ on *(date)* __1/27/14__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __1/27/14__

_____
Server's signature

__EARL THOMAS, PROCESS SERVER__
Printed name and title

__5831 NW Drill CT Port St. Lucie, FL 34986__
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JUAN ANDRES BASABE and all others )
similarly situated under 29 U.S.C. 216(B), )
)    **14-CV-20163-Martinez/McAliley**
Plaintiff, )
vs. )
)
COPPER STEEL SERVICES, INC. )
MICHAEL DAVID CHEPENIK )
MELLANY D GRAY, )
)
Defendants. )
)
)

SERVED

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
COPPER STEEL SERVICES, INC.
Registered Agent: Mellany D Gray
1287 SW Briarwood Drive
Port Saint Lucie, FL 34986

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **January 15, 2014**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Valerie Kemp
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*



This summons for *(name of individual and title, if any)* Copper Steel Services Ink
was received by me on *(date)* 1/24/14 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Mellany Gray , who is designated by law to accept service of process on behalf of *(name of organization)* Copper Steel Services, Inc. on *(date)* 1/27/14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/27/14

*Server's signature*

EARL THOMAS, PROCESS SERVING
*Printed name and title*

5831 NW Drill CT Port St Lucie, FL 34986
*Server's address*

Additional information regarding attempted service, etc: