UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CIV-20163-GOODMAN

JUAN ANDRES BASABE, and all others
similarly situated under 29 U.S.C. 216 (B),
        Plaintiff,

v.

COPPER STEEL SERVICES, INC.,
MICHAEL DAVID CHEPENICK,
MELLANY D. GRAY,
        Defendants.
_____/

## NOTICE OF MEDIATION CONFERENCE

**NOTICE IS HEREBY GIVEN** that a mediation conference in the above styled cause will take place at the date, time and place below:

**DATE:**    Monday, June 23, 2014

**TIME:**    10:00 a.m.

**PLACE:**    Neil Flaxman Professional Association
Brickell Bayview Centre, Suite 3100
80 Southwest 8th Street
Miami, Florida 33130

Respectfully submitted,
**Neil Flaxman Professional Association**
Brickell Bayview Centre, Suite 3100
80 Southwest 8th Street
Miami, Florida 33130
Tel: 305-810-2786- Fax: 305-810-2824
E-mail: flaxy@bellsouth.net

By:    *s/ Neil Flaxman*
        Neil Flaxman, Esq.
        Fla. Bar No. 025299

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 27th day of May, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                 By: *s/Neil Flaxman*
                    Neil Flaxman, Esq.
                    Fla. Bar No. 025299

## SERVICE LIST

**JUAN ANDRES BASABE v. COPPER STEEL SERVICES, INC., et al.**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRCT OF FLORIDA**

**CASE NO.: 14-CIV-20163-GOODMAN**

**J. H. Zidell, Esq.**
J.H. Zidell, P.A.
300 71st Street
Suite 605
Miami Beach, Florida 33141

**Netali Peles, Esq.**
Executive Law Practice
801 Brickell Avenue
Suite 913
Miami, Florida 33131

                 By: *s/Neil Flaxman*
                    Neil Flaxman, Esq.
                    Fla. Bar No. 025299